1  GRETCHEN C. VON HELMS, ESQ.
   California State Bar No. 156518
2  105 West "F" Street, Third Floor
   San Diego, California 92101-6036
3  Telephone (619) 239-1199
   gvh@ronisandronis.com

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1494 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| MARIO FRANCISCO ANDRADE-ZAMORANO, | ) | |
| Defendant. | ) | |

   Defendant, MARIO FRANCISCO ANDRADE-ZAMORANO, hereby substitutes GRETCHEN C. VON HELMS, Attorney at Law at 105 West "F" Street, Third Floor, San Diego, California, telephone (619) 239-1199, as attorney of record in place and stead of Federal Defenders of San Diego, located at 225 Broadway, 9th Floor, San Diego, CA 92101

   Dated: _____           See Attached_____
                                 MARIO FRANCISCO ANDRADE-ZAMORANO

Substitution of Attorney
United States vs. MARIO FRANCISCO ANDRADE-ZAMORANO
==================================================================

    I consent to the above substitution.

                                          See attached
Dated: _____
                                          FEDERAL DEFENDERS OF SAN DIEGO
                                          Attorney of Record

    Above substitution accepted.

                                          S/Gretchen von Helms
Dated: May 17, 2008                       GRETCHEN C. Von HELMS
                                          Substituted Attorney for ANDRADE-ZAMORANO

## **CERTIFICATE OF SERVICE**

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Federal Defenders**
    cassd_ecf@fd.org

**U S Attorney CR**
    Efile.dkt.gc2@usdoj.gov

Dated: May 20, 2008                        S/Gretchen von Helms
                                          GRETCHEN C. VON HELMS
                                          ATTORNEY FOR ANDRADE-ZAMORANO