1 GRETCHEN C. VON HELMS, ESQ.
  California State Bar No. 156518
2 105 West "F" Street, Third Floor
  San Diego, California 92101-6036
3 Telephone (619) 239-1199
  gvh@ronisandronis.com
4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1494 |
| Plaintiff, | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| MARIO FRANCISCO ANDRADE-ZAMORANO, | ) | |
| Defendant. | ) | |

Defendant, MARIO FRANCISCO ANDRADE-ZAMORANO, hereby substitutes GRETCHEN C. VON HELMS, Attorney at Law at 105 West "F" Street, Third Floor, San Diego, California, telephone (619) 239-1199, as attorney of record in place and stead of Federal Defenders of San Diego, located at 225 Broadway, 9th Floor, San Diego, CA 92101

Dated: 5-17-08

MARIO FRANCISCO ANDRADE-ZAMORANO

Substitution of Attorney
United States vs. MARIO FRANCISCO ANDRADE-ZAMORANO

I consent to the above substitution.

Dated: 5/19/2008

FEDERAL DEFENDERS OF SAN DIEGO
Attorney of Record

Above substitution accepted.

Dated: 5-17-08

GRETCHEN C. Von HELMS
Substituted Attorney for ANDRADE-ZAMORANO

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Dated:

GRETCHEN C. VON HELMS
ATTORNEY FOR ANDRADE-ZAMORANO

2