**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1494 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARIO FRANCISCO ANDRADE- ) | |
| ZAMORANO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS HEREBY ORDERED** THAT GRETCHEN C. VON HELMS, Attorney at Law at 105 West "F" Street, Third Floor, San Diego, California, telephone (619) 239-1199, is substituted in as attorney of record in place and and stead of Federal Defenders of San Diego, located at 225 Broadway, 9th Floor, San Diego, CA 92101.

DATED: May 20, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge